8

Courtroom Minutes Sheet
# ARRAIGNMENT/PLEA/CHANGE OF PLEA PROCEEDINGS

Date __11/24/09__   Case No. __4:09CR438 RWS__
UNITED STATES vs. __Ryan Huff__
Courtroom Deputy __C. Kresko__   Court Reporter __Shannon White__
Interpreter _____
AUSA: __Robert Livergood__
Defendant's Counsel: __Gregory Wittner__
Defendant's Age: __25__   Education: __B.S. Degree__

**ARRAIGNMENT/PLEA:**
- Defendant waives assistance of counsel   □ Waiver filed
- Arraignment continued until _____ at _____ am/pm
- Defendant signs waiver of indictment/consents to proceed by information
- Criminal information filed   □ Superseding indictment/information filed
- Defendant waives reading of indictment/information
- Defendant arraigned
- Defendant enters plea of
  - □ Guilty  □ Not Guilty to Count(s) _____ of the (superseding) indictment/information
  See below for next hearing date

**CHANGE OF PLEA:**
- ☒ By leave of Court, defendant withdraws former plea of not guilty and enters a plea of Guilty to Count(s) __1-7__ of the (superseding) indictment/information
- ☒ Stipulation of Facts relative to sentencing filed   ☒ With  □ Without Plea Agreement
- ☒ The Court
  - ☒ adopts and approves   ☒ the Stipulation of Facts   ☒ Plea Agreement
  - □ defers the adoption of   □ the Stipulation of Facts   □ Plea Agreement
- □ Stipulation of Facts/Plea Agreement filed under seal

- ☒ Sentencing set __2/12/10__ at __10:30__ am/**pm**
- □ Count(s) _____ held in abeyance until sentencing
- ☒ Probation Office ~~notified by E-mail~~ in courtroom at __present__ _____ am/pm

- ☒ Defendant is remanded to custody   □ Defendant is released on existing bond
[If Δ was on bond and is remanded, change location code to "LC."]

_____

Defendant's attorney present at _____ am/pm
Proceedings commenced at __11:22 AM__ and concluded at __12:00 pm__